**Fill in this information to identify the case:**

Debtor 1 _____Siengsambuthmao Lim; fka Mao Lim_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Western__ District of __Wisconsin__
(State)

Case number __3-25-10985-cjf__

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1    **Court claim no.** (if known): ____1-1____

**Last 4 digits** of any number you use to identify the debtor's account:   0  9  9  7

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 5/6/2025: Proof of Claim / Plan Review | (5) | $ 1,225.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

Debtor 1  Siengsambuthmao Lim     Case number (if known) 3-25-10985-cjf
          First Name  Middle Name  Last Name

**Part 2:  Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Dylan Dean Smith                           Date  5 / 22 / 2025
  Signature

Print:  Dylan Dean Smith                         Title  Attorney for Creditor
        First Name  Middle Name  Last Name

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
         Number          Street
         Loveland, OH 45140
         City                    State    ZIP Code

Contact phone  ( 513 ) 444 – 4100              Email  bankruptcy@sottileandbarile.com

**SOTTILE & BARILE, LLC**
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# INVOICE

**BILL TO**

Franklin Credit Management Corp.
101 Hudson Street
25th Floor
Jersey City, NJ  07302

**INVOICE :**
**DATE**  05/15/2025

**S&B FILE NUMBER**

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 05/06/2025 | Lim, Siengsambuthmao ▮▮▮▮ Proof of Claim/Plain Review | 1 | 1,225.00 | 1,225.00 |

| | BALANCE DUE | $1,225.00 |
|---|---|---|

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN
## MADISON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 3-25-10985-cjf |
| Siengsambuthmao Lim<br>  fka Mao Lim | CHAPTER 13 |
| Debtor. | JUDGE Catherine J. Furay |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 22, 2025, I electronically filed the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Siengsambuthmao Lim, Debtor
5001 Esker Dr.
Madison, WI 53704

Chad L. Schomburg, Debtor's Counsel
Debt Advisors, S.C.
2600 North Mayfair Road, Suite 700
Milwaukee, WI 53226
414.755.2400
chadschomburg@gmail.com

Mark W. Harring, Chapter 13 Trustee
122 West Washington Ave.
Suite 500
Madison, WI 53703-2578
608.256.4320
court@ch13wdw.org

U.S. Trustee's Office
Suite 304
780 Regent Street
Madison, WI 53715
ustpregion11.md.ecf@usdoj.gov

                                              Respectfully Submitted,

                                              /s/ Dylan Dean Smith
                                              Dylan Dean Smith (OH 0100430)
                                              Attorney for Creditor
                                              Sottile & Barile, Attorneys at Law
                                              394 Wards Corner Road, Suite 180
                                              Loveland, OH 45140
                                              Phone: 513.444.4100
                                              bankruptcy@sottileandbarile.com